UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS E. MORALES,<br>Plaintiff,<br>v.<br>UNITED STATES POSTAL SERVICE,<br>Defendant. | Case No. 2:26-cv-00489-DJC-CSK (PS)<br>ORDER<br>(ECF No. 8) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On July 16, 2026, the Magistrate Judge filed findings and recommendations (ECF No. 8), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On August 26, 2026, Plaintiff filed an Opposition to the Motion to Dismiss which the Court construes as objections to the findings and recommendations (ECF No. 11). On September 08, 2026, Defendant filed a response to the objections (ECF No. 12). The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including Plaintiff's objections and Defendant's response to the objections, and finds the findings and recommendations

are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are ADOPTED IN FULL;

2. Defendant's motion to dismiss (ECF No. 3) is GRANTED;

3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without prejudice and without leave to amend; and

4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8/mora26cv0489.JO.obj